UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FAF INVESTMENT COMPANY, a general partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 20-3350-DMG (PLAx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [20]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and FAF Investment Company ("Defendant"), the Court hereby DISMISSES with prejudice the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1